[Nos. 28167-8-II; 28977-6-II.   Division Two.   May 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVA JOYCE THRONEBERRY, *Appellant*.

*In the Matter of the Personal Restraint of* TREVA JOYCE THRONEBERRY, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00549-9, Robert L. Harris, J., entered November 28, 2001, together with a petition for relief from personal restraint. Judgment *affirmed*, petition *granted in part*, *denied in part*, and *dismissed in part*, and case *remanded* for resentencing by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 28889-3-II.   Division Two.   May 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DARLA PEARL NEASE, *Appellant*.

Appeal from judgments of the Superior Court for Cowlitz County, No. 02-1-00161-8, James E. Warme, J., entered May 23 and 29, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29079-1-II.   Division Two.   May 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DUANE ELMORE, *Appellant*.

Appeal from judgments of the Superior Court for Kitsap County, No. 01-1-01856-4, Russell W. Hartman and Anna M. Laurie, JJ., entered June 7 and July 1, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.